Helen Hay WHITNEY et al. v. Dolores W. MERVILLE.

No. 7284.

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1937.

Bulkley, Hauxhurst, Inglis & Sharp, of Cleveland, Ohio, for appellants.

Krueger, Gorman & Davis, of Cleveland, Ohio, for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be, and the same is, dismissed at the costs of appellants.